IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE ESTATE OF RANDY LYNN CHENEY,
BY AND THROUGH GEORGE R. CHENEY,
ADMINISTRATOR                                                                    PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 4:09-CV-111-P-S

WANDA COLLIER, ET AL                                                             DEFENDANTS

## ORDER

This case comes before the court pursuant to Rule 16.1(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> Filing an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal.

Defendants, Dr. Gloria Perry and Sylvia Kelly, in their official capacities, have filed a motion for summary judgment based on qualified immunity on March 24, 2010 (#28); therefore all proceedings unrelated to the issue of qualified immunity shall be stayed pending the court's ruling on the motion.

SO ORDERED, this the 26th day of March 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE