UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THE ESTATE OF RANDY LYNN CHENEY
by and through GEORGE R. CHENEY,
Administrator           PLAINTIFF

V.           CASE NO.: 4:09cv111-MPM-JMV

WANDA COLLIER, INDIVIDUALLY AND
OFFICIALLY, GLORIA PERRY, INDIVIDUALLY
AND OFFICIALLY, THOMAS G. TAYLOR,
INDIVIDUALLY AND OFFICIALLY, SYLVIA
KELLY, INDIVIDUALLY AND OFFICIALLY,
WEXFORD HEALTH SOURCE, INC., THOMAS
LEHMAN, M.D., JUAN SANTOS, M.D.,
DOM TRINCA, M.D., AND JOHN DOES 1-10           DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court *sua sponte* following a ruling by district court judge Michael P. Mills denying the summary judgment and immunity defense motion of defendants Wexford Health Sources, Inc., Dr. Santos, Dr. Lehman, and Dr. Trinca.

Accordingly,

IT IS ORDERED that the stay on proceedings is hereby lifted and a case management conference will be set.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE