**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**THE ESTATE OF RANDY LYNN CHENEY**
**by and through GEORGE R. CHENEY,**
**Administrator**                                                              **PLAINTIFF**

**V.**                                                         **CASE NO.: 4:09cv111-MPM-JMV**

**WANDA COLLIER, INDIVIDUALLY AND**
**OFFICIALLY, GLORIA PERRY, INDIVIDUALLY**
**AND OFFICIALLY, THOMAS G. TAYLOR,**
**INDIVIDUALLY AND OFFICIALLY, SYLVIA**
**KELLY, INDIVIDUALLY AND OFFICIALLY,**
**WEXFORD HEALTH SOURCE, INC., THOMAS**
**LEHMAN, M.D., JUAN SANTOS, M.D.,**
**DOM TRINCA, M.D., AND JOHN DOES 1-10**                    **DEFENDANTS**

**ORDER LIFTING STAY**

This matter is before the court *sua sponte* following a ruling by district court judge Michael

P. Mills denying the summary judgment and immunity defense motion of defendants Wexford

Health Sources, Inc., Dr. Santos, Dr. Lehman, and Dr. Trinca.

Accordingly,

IT IS ORDERED that the stay on proceedings is hereby lifted and a case management

conference will be set.

                                        /s/Jane M. Virden_____
                                        UNITED STATES MAGISTRATE JUDGE